## BENJAMIN F. LARNED *versus* WILLIAM G. TAYLOR, WOLCOTT LAWRENCE AND BENJAMIN DAVIS

JOURNAL ENTRIES (1820): *Journal 3:* (1) Nolle prosequi, judgment \*p. 45.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 89, c. 31.

## WARREN HOWARD *versus* WILLIAM BROWN, ABRAHAM EDWARDS AND JAMES McCLOSKEY, COMMISSIONERS OF WAYNE COUNTY

JOURNAL ENTRIES (1820–21): *Journal 3:* (1) Copy of motion for rule to show cause ordered served \*p. 48; (2) return of service made \*p. 49; (3) alternative mandamus ordered issued \*p. 49; (4) motion to quash writ \*p. 73; (5) discontinued \*p. 151.
PAPERS IN FILE: (1) Transcript of journal entry and proof of service; (2) draft of transcript of journal entry; (3) copy of writ of mandamus and proof of service.
*Office Docket*, MS p. 136, c. 51. Recorded in *Book A*, MS pp. 1–3.